IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY BOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3006 |
| | § | |
| FANDELI INTERNATIONAL | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Jimmy Boyd, filed this *pro se* suit in October 2014, alleging race discrimination in employment. He claimed that he was a resident of Harris County, Texas and sued defendants allegedly located there, asserting that he had worked in the Houston office of the corporate defendant. Mail sent to the address Mr. Boyd provided the court, 1415 Eldridge Parkway, Houston, Texas, was returned as undeliverable. The court ordered Mr. Boyd to file a written statement showing cause why this case should not be dismissed, and he responded. He provided his proper address, 4522 Hanover Street, Grand Prairie, Texas, 75052. The case will not be dismissed for failing to provide a place for the court to contact Mr. Boyd.

Mr. Boyd's motion to appoint him counsel, (Docket Entry No. 13), is denied at this time. To appoint counsel in Title VII case, a court considers the merits of the plaintiff's discrimination claims, the plaintiff's efforts to obtain counsel, and the plaintiff's efforts to retain counsel. *See, e.g.*, *Gonzalez v. Carlin*, 907 F.2d 575, 580 (5th Cir. 1990). The current record in this case makes appointing counsel at least premature. The record is insufficient for this court to make a preliminary determination about the merits of the plaintiff's case. There is also inadequate information about

the plaintiff's efforts to secure counsel. The motion is denied at this time, based on the current record.

SIGNED on March 23, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge